738

## (February 2, 1962)

■ SUSAN L. ROSENSTIEL v. LEWIS S. ROSENSTIEL.— Motion for a stay granted on condition that the appeal is perfected for argument or submission on February 6, 1962. Concur—Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ BARBARA S. ROOSEVELT v. PHILIP J. ROOSEVELT.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 8, 1962, with notice of argument for February 20, 1962, said appeal to be argued or submitted when reached. Concur—Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ SYLVESTER W. A. MURPHY v. MARGARET McK. KAPLAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants print the minutes of the inquest and serve and file said minutes as part of the record on appeal; the record on appeal and appellants' points to be served and filed on or before February 21, 1962, with notice of argument for March 6, 1962, said appeal to be argued or submitted when reached. The appellants are directed to file with this court the original exhibits placed in evidence at the inquest on or before February 28, 1962. The appeal is struck from the February 6, 1962 Non-Enumerated Calendar of this court. Concur—McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of HERMAN BADILLO v. ALFRED E. SANTANGELO et al.— Motion for a stay granted to the extent of staying the election set for March 6, 1962 until March 13, 1962 upon the terms and conditions set forth in the order to show cause, dated January 31, 1962. Concur—Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.